IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, *et al.*,

Plaintiffs,

v.                                                    Case No. 1:24-cv-2526-DLF

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's October 28, 2024, Minute Order.  Since the Defendants' submission of their Answer to the Amended Complaint, *see* ECF No. 7, the parties have conferred concerning Plaintiffs' Freedom of Information Act ("FOIA") request; and, in response to Defendants' counsel's inquiry, Plaintiffs supplied additional information regarding their request.  Defendants U.S. Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), Central Intelligence Agency ("CIA"), Department of State ("State"), and Defense Intelligence Agency ("DIA") are now processing Plaintiff's request in light of the clarification that Plaintiff provided.[1]  As reported in the Defendants' Answer, Defendants National Security Agency ("NSA") and the Office of the Director of National Intelligence ("ODNI") have provided responses to Plaintiff's FOIA request.

---

[1] DOJ, FBI, CIA, State and DIA are not, at this time, able to report the number of responsive documents or whether any responsive documents may or may not exist.  *See* Oct. 28, 2024, Minute Order.  In some circumstances, the very existence or non-existence of records is a classified fact.  *See* Executive Order 13256 § 3.6(a); 5 U.S.C. § 552(b).  Here, Defendants NSA and ODNI have determined that this is the case for materials sought by Plaintiff's requests, and have therefore supplied a *Glomar* response and a partial *Glomar* response to Plaintiff's requests.

The parties are conferring regarding Plaintiff's claims against Department of Homeland Security ("DHS"), which had administratively closed Plaintiff's request after not receiving clarification it had sought to perfect the request in April 2024.

The parties propose that the Court permit them to submit their next status report by January 27, 2024.


Dated:  November 27, 2024                    Respectfully submitted,


                                             BRIAN M. BOYNTON
                                             Principal Deputy Assistant Attorney General

                                             MARCIA BERMAN
                                             Assistant Branch Director
                                             Federal Programs Branch

                                             /s/ Julia A. Heiman
                                             JULIA A. HEIMAN (D.C. Bar No. 986228)
                                             Senior Counsel
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, NW
                                             Washington, DC  20005
                                             Tel: 202-616-8480
                                             julia.heiman@usdoj.gov

                                             Counsel for Defendant

                                             /s/ Samuel Everett Dewey
                                             SAMUEL EVERETT DEWEY
                                             (No. 999979)
                                             Chambers of Samuel Everett Dewey, LLC
                                             Telephone:  (703) 261-4194
                                             Email:  samueledewey@sedchambers.com

                                             DANIEL D. MAULER
                                             (No. 977757)
                                             The Heritage Foundation
                                             Telephone: (202) 617-6975
                                             Email: Dan.Mauler@heritage.org

2

ERIC NEAL CORNETT (No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

KYLE BROSNAN (No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU (No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*